# United States Court of Appeals

## For the Eighth Circuit

———————————————

No. 21-2446

———————————————

United States of America

*Plaintiff - Appellee*

v.

Carlos Pacheco

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

——————————

Submitted: November 12, 2021
Filed: November 22, 2021
[Unpublished]

——————————

Before COLLOTON, BENTON, and GRASZ, Circuit Judges.

——————————

PER CURIAM.

Carlos Pacheco appeals the sentence the district court[1] imposed after he pled guilty to visa fraud and perjury. His counsel has moved to withdraw and has filed a

———————————

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.

brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

After careful review, we conclude the district court did not abuse its discretion in sentencing Pacheco. *See United States v. Brown*, 992 F.3d 665, 673 (8th Cir. 2021) (standard of review); *see also United States v. Callaway*, 762 F.3d 754, 760–61 (8th Cir. 2014) (presuming reasonable sentences within United States Sentencing Guidelines Manual range ). Further, having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel leave to withdraw and affirm.

_____